STATE OF CONNECTICUT *v.* SADIKI BLAKE

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 336 (AC 27694), is granted, limited to the following issue:

"Did the Appellate Court improperly decline to reach the merits of the defendant's claim that the trial court had violated his right to allocution by denying his request for a continuance at the dispositional phase of the violation of probation hearing?"

The Supreme Court docket number is SC 18185.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided July 17, 2008

STATE OF CONNECTICUT *v.* JOHN ASHLEY FARMER

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 82 (AC 27895), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided July 17, 2008